# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Julie S.,

    Plaintiff,

    v.

Commissioner of Social Security,

    Defendant.

Case No. 2:25-cv-27

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") recommending the Court sustain Plaintiff's Statement of Specific Errors and remand this case to the Social Security Administration pursuant to Sentence 4 § 405(g). R&R, ECF No. 13. The R&R notified the parties of their right to object to that recommendation and of the consequences of failing to do so. *Id.* at 8–9. Neither party objected, and the Court therefore **ADOPTS** the R&R without performing a *de novo* review. The Court **SUSTAINS** Plaintiff's Statement of Specific Errors, **OVERRULES** the Commissioner's non-disability finding, and **REMANDS** the case pursuant to Sentence 4 § 405(g). The Clerk **SHALL** enter judgment in Plaintiff's favor and terminate the case.

    IT IS SO ORDERED.

                                            /s/ Michael H. Watson
                                            MICHAEL H. WATSON, JUDGE
                                            UNITED STATES DISTRICT COURT